*In re* CONFERENCIA JUDICIAL DE PUERTO RICO

*Número:* _____

## RESOLUCIÓN

San Juan, Puerto Rico, a 15 de enero de 1988

De conformidad con nuestra orden de 30 de junio de 1987,

se constituyen los siguientes Comités Asesores Permanentes de la Conferencia Judicial de Puerto Rico:

   I.   Comité de Reglas de Evidencia
   II.   Comité de Reglas de Procedimiento Civil
  III.   Comité de Reglas de Procedimiento Criminal
  IV.   Comité de Reglas de Asuntos de Menores

## I. *Comité de Reglas de Evidencia*

La encomienda y esfera de actividad de este comité será la siguiente:

1. Estudiar y revisar las Reglas de Evidencia para evaluar la aplicación de este cuerpo de reglas en la administración de la justicia.

2. Formular las enmiendas y recomendaciones que se estimen necesarias para el mejoramiento del derecho probatorio.

3. Llevar a cabo cualquier otra encomienda que le haga el Tribunal Supremo sobre estos extremos.

## II. *Comité de Reglas de Procedimiento Civil*

La encomienda y esfera de actividad de este comité será la siguiente:

1. Estudiar y revisar las actuales Reglas de Procedimiento Civil, las disposiciones vigentes del Código de Enjuiciamiento Civil y cualesquiera otras leyes procesales de naturaleza civil.

2. Recomendar las enmiendas o modificaciones que considere propias o necesarias para el mejoramiento de este cuerpo de reglas procesales y señalar aquellos aspectos problemáticos que existan en su aplicación.

3. Llevar a cabo cualquier otra encomienda que le haga el Tribunal Supremo sobre estos extremos.

III. *Comité de Reglas de Procedimiento Criminal*

1. Estudiar y revisar las Reglas de Procedimiento Criminal, las disposiciones vigentes del Código de Enjuiciamiento Criminal y cualesquiera otras leyes procesales de naturaleza criminal.

2. Recomendar las enmiendas o modificaciones a las Reglas de Procedimiento Criminal que considere necesarias y convenientes para la mejor administración de la justicia criminal en Puerto Rico.

3. Llevar a cabo cualquier otra encomienda que le haga el Tribunal Supremo en relación con este asunto.

IV. *Comité sobre Asuntos de Menores*

La encomienda y esfera de actividad de este comité será la siguiente:

1. Evaluar el procedimiento judicial que rige la tramitación y disposición de Asuntos de Menores.

2. Considerar y revisar la nueva Ley de Menores de Puerto Rico, Ley Núm. 88 de 9 de julio de 1986 (34 L.P.R.A. sec. 2201 *et seq.*), y las Reglas de Procedimiento para Asuntos de Menores según adoptadas por el Tribunal Supremo.

3. Recomendar las enmiendas o cambios que consideren de rigor para mejorar y acelerar todos los procedimientos relacionados con menores cubiertos por la susodicha ley y reglamentación.

4. Llevar a cabo cualquier otra encomienda que le haga el Tribunal Supremo en relación con este asunto.

La integración de los miembros de estos comités será la siguiente:

I. *Comité de Reglas de Evidencia*

1. Hon. Elpidio Batista, Presidente

2. Hon. Gilberto Gierbolini
3. Hon. Priscila Curet Cuevas
4. Hon. Osvaldo Rivera Cianchinni
5. Hon. Fernando Torres
6. Hon. Pedro López Oliver
7. Lcdo. Alberto Omar Jiménez
8. Lcdo. Francisco Rosa Silva
9. Lcdo. Ernesto L. Chiesa
10. Lcdo. José A. Andréu García
11. Hon. Rafael Vega Figueroa

II. *Comité de Reglas de Procedimiento Civil*

1. Hon. Guillermo Arbona, Presidente
2. Hon. Ángel F. Rossy
3. Hon. Jeannette Ramos de Sánchez
4. Hon. Carlos de Jesús Rivera Marrero
5. Hon. José O. Resto Huertas
6. Hon. José L. Miranda de Hostos
7. Lcdo. Álvaro Calderón
8. Lcdo. Luis Sánchez Betances
9. Lcdo. José Cuevas Segarra
10. Lcdo. Rubén Rodríguez Antongiorgi
11. Lcdo. José Enrique Otero

III. *Comité de Reglas de Procedimiento Criminal*

1. Hon. Crisanta Rodríguez, Presidente
2. Hon. Fernando Gierbolini
3. Hon. Aida Molinary
4. Hon. Géigel A. Torres Rivera
5. Hon. Carlos Rivera Martínez
6. Hon. Kalil Baco Viera
7. Lcda. Dora Nevares-Muñiz
8. Lcdo. Pedro Goyco Amador

9. Lcdo. Joaquín Monserrate
10. Lcdo. Manuel Martínez Umpierre
11. Lcdo. Ismael Betancourt Lebrón

IV. *Comité de Reglas de Menores*

1. Hon. José Aponte Pérez, Presidente
2. Hon. William Phillippi
3. Hon. José R. Morán Ríos
4. Hon. Evelyn Hernández
5. Hon. Alma S. De León Ostolaza
6. Hon. Joyce Pagán
7. Lcda. María Laura Colón
8. Lcdo. Heriberto Quiñones Echevarría
9. Lcda. Lucía Ferreira
10. Lcda. Jocelyn López Vilanova
11. Lcda. Ida Cardona

Lo acordó el Tribunal y certifica el Secretario.

*Publíquese.*

(*Fdo.*) Bruno Cortés Trigo
*Secretario General*